DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. WALKER

No. 13P00

Case below: 136 N.C.App. 791

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000.

STATE v. WARREN

No. 116A96-2

Case below: Guilford County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Guilford County, denied 2 March 2000. Motion by defendant to seal attachment 3 of petitioner's interlocutory PWC-S denied 2 March 2000.

STATE v. WELCH

No. 534P99

Case below: 135 N.C.App. 499

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 2 March 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000.

STATE v. WILLIAMS

No. 575A99

Case below: 135 N.C.App. 633

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 3 February 2000.

STATE v. WILLIAMS

No. 392P99

Case below: 134 N.C.App. 378

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000. Justice Wainwright recused.